# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MACHADO, | 1:10-cv-00434-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER |
| v. | |
| KELLY HARRINGTON, et al., | (Doc. 22.) |
| Defendants. | ORDER WITHDRAWING PLAINTIFF'S MOTION FROM COURT DOCKET (Doc. 21.) |

**I.  BACKGROUND**

Plaintiff Alex Machado ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 11, 2010. (Doc. 1.)

On December 22, 2010, plaintiff filed a motion for preliminary injunction/temporary restraining order. (Doc. 21.) On January 3, 2011, plaintiff filed a motion to withdraw the motion. (Doc. 22.) Plaintiff explains that "crucial elements" were "left out" of the motion, and he moves to withdraw the motion before the Court rules on it. (Motion at page 1.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to withdraw his motion for preliminary injunction/temporary restraining order, is GRANTED; and

1

2. Plaintiff's motion for preliminary injunction/temporary restraining order, filed on December 22, 2010, is WITHDRAWN from the Court's docket.

IT IS SO ORDERED.

Dated:   **January 5, 2011**              _____/s/ Gary S. Austin_____
                                         UNITED STATES MAGISTRATE JUDGE