IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MACHADO, | 1:10-cv-00434-AWI-GSA-PC |
|     Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
|     vs. | (Doc. 27.) |
| KELLY HARRINGTON, et al., | |
|     Defendants. | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on May 11, 2010. (Doc. 1.) This action was dismissed on January 14, 2011. (Doc. 25.)

On February 3, 2011, plaintiff submitted an unsigned motion to reopen this case. (Doc. 27.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, plaintiff's motion filed February 3, 2011, is HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   February 7, 2011                        /s/ Gary S. Austin
                                                                                             UNITED STATES MAGISTRATE JUDGE