IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MACHADO, | 1:10-cv-00434-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW SUPPLEMENT |
| vs. | (Doc. 31.) |
| KELLY HARRINGTON, et al., | ORDER WITHDRAWING SUPPLEMENT FROM COURT'S DOCKET |
| Defendants. | (Doc. 30.) |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on May 11, 2010. (Doc. 1.) This action was dismissed on January 14, 2011. (Doc. 25.)

On February 3, 2011, Plaintiff filed a motion to reopen the case. (Doc. 27.) On February 10, 2011, Plaintiff filed a supplement to the motion. (Doc. 30.) On February 14, 2011, Plaintiff filed a motion to withdraw the supplement. (Doc. 31.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to withdraw his supplement is GRANTED; and
2. Plaintiff's supplement to the motion to reopen this case, filed on February 10, 2011, is WITHDRAWN from the Court's docket.

IT IS SO ORDERED.

Dated:  February 15, 2011         /s/ Gary S. Austin

1                                                                               UNITED STATES MAGISTRATE JUDGE